UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01cr246

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | NOTICE OF ATTORNEY |
| v. | ) | CRIMINAL CASE |
| BASIM OMAR SABRI, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01cr246

Defendant Name

BASIM OMAR SABRI

Add AUSA

Nicole Engisch

THOMAS B. HEFFELFINGER
United States Attorney

S/ Nicole A. Engisch

BY: NICOLE A. ENGISCH
Assistant U.S. Attorney
Attorney ID No. 215284