UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-246(RHK/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **GOVERNMENT'S PROPOSED JURY INTERROGATORIES REGARDING SENTENCING FACTORS** |
| Plaintiff, | ) | |
| v. | ) | |
| BASIM OMAR SABRI, | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Michael W. Ward and Nicole A. Engisch, Assistant United States Attorneys, hereby respectfully submits the following proposed jury interrogatories with respect to sentencing factors.

Dated: November 1, 2004

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/Nicole A. Engisch

BY: MICHAEL W. WARD
Assistant U.S. Attorney
Attorney ID Number 190755
BY: NICOLE A. ENGISCH
Assistant U.S. Attorney
Attorney ID No. 215284

**Please answer the following 8 jury interrogatories:**

**JURY INTERROGATORY NO. 1**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense involving more than one bribe.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 2**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense in which the value of the payment exceeded $2,000 but did not exceed $5,000.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 3**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense in which the value of the payment to be paid exceeded $5,000 but did not exceed $10,000.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 4**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense in which the value of the payment(s) paid and to be paid exceeded $70,000 but did not exceed $120,000.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 5**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense in which the value of the benefit to be received in return for the payment promised or to be paid exceeded $500,000 but did not exceed $800,000.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 6**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense in which the value of the benefit to be received in return for the payment promised or to be received exceeded $800,000 but did not exceed $1,500,000.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 7**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense involving a payment for the purpose of influencing an elected official.

____________ Yes _____________ No

**JURY INTERROGATORY NO. 8**

We, the jury, unanimously agree, by proof beyond a reasonable doubt, that the defendant committed an offense involving a payment for the purpose of influencing any official holding a high-level decision-making and sensitive position.

____________ Yes _____________ No

_________________________________
**JURY FOREPERSON**