# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
Plaintiff,
v.

BASIM OMAR SABRI,

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-246 |
| Date: | November 2, 2004 |
| Court Reporter: | NA |
| Tape Number: | 85/341-368 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:35 p.m. |
| Time in Court: | 0 Hours & 5 Minutes |

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant(s): Andrew Birrell for BASIM OMAR SABRI ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

Interpreter / Language: NA / NA

**True Name if different from charging instrument:** NA
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

☒ Reading of Indictment Waived ☐ Indictment Read into Record ☒ Not Guilty Plea Entered

Other Remarks:

See Minute Entry [Docket No. 62] dated 9/24/04 for trial dates, etc.

s/TJS
Signature of Law Clerk