UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

**DEFENDANT SABRI'S MOTION IN LIMINE RE: RULE 404(b) EVIDENCE**

Defendant, by and through the undersigned counsel, moves this Honorable Court in limine for an order directing the Government to refrain absolutely from mentioning, attempting to prove, referencing or attempting in any way to put before the jury any 404(b) evidence.

In support thereof, the following is alleged:

1. This matter is set for Trial on November 29, 2004.

2. That Defendant believes and hence alleges that at the Trial of this matter the Government may attempt to present Rule 404(b) evidence. Since the Magistrate Judge's Order does not require the government to disclose 404(b) evidence until three days before trial, Defendant does not know the specific allegations that may be made by the Government. In order to comply with this Court's Order, Defendant moves this Court in limine for an Order preventing the Government from presenting any 404(b) evidence at trial.

3. This evidence is inadmissible for the following reasons:

   a. The evidence is not relevant pursuant to Federal Rule of Evidence 401.

   b. The probative value of this evidence is out weighed by its prejudicial effect,

and this evidence will confuse the issues and mislead the jury pursuant to Federal Rule of Evidence 403.

4. An ordinary objection made during the course of Trial, even if sustained with a proper cautionary instruction to the jury, would not remove the effect of such evidence.

5. This Motion in limine is based upon the files and records herein, and upon said other and further points and authorities as may be presented to the Court.

WHEREFORE, that Defendant prays that this Honorable Court grant his Motion in limine.

Respectfully submitted,

BIRRELL & NEWMARK, LTD.

Dated: November 8, 2004

By: s/ Andrew S. Birrell

Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000