UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

**CERTIFICATE OF SERVICE**

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

I hereby certify that on 11-8-04, I caused the following documents:

1. Defendant Sabri's Reply to the Government's Motion in Limine to Exclude Evidence Regarding Entrapment of Others; and
2. Defendant Sabri's Motion in Limine Re: Rule 404(b) Evidence.

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael W. Ward
Nicole A. Engisch
Assistant U.S. Attorney
600 U.S. Courthouse
30 South Fourth Street
Minneapolis, MN 55415

I further certify that I caused copy if the foregoing' document and the notice of electronic filing to be mailed by first class mail, postage to the following non-ECF participants.

BIRRELL & NEWMARK, LTD.

Dated: November 8, 2004

By: s/ Andrew S. Birrell
Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000