UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

BASIM OMAR SABRI,

DEFENDANT.

**DEFENDANT SABRI'S MOTION IN LIMINE RE: IRRELEVANT AND PREJUDICIAL EVIDENCE**

------------------------------

Defendant, by and through the undersigned counsel, moves this Honorable Court in limine for an order directing the Government to refrain absolutely from mentioning, attempting to prove, referencing or attempting in any way to put before the jury the following evidence contained on the audio and video recordings disclosed by the Government:

1. The tapes include several extended conversations regarding campaign donations to politicians that do not directly involve the allegations in the Superseding Indictment.

2. In a 7-05-01, taped conversation, Mr. Sabri responds to Mr. Herron's immaterial question regarding whether the seat in his truck can move by stating: "Unless you been getting a fat woman giving a blow job or something. (Pause) There's no room.";

3. In a 2-24-01, taped conversation, Mr. Sabri makes the following statement to Mr. Ortega "So next time when she's in office when I tell her split your legs, she'll say O.K., how do you like to fuck me?" This statement is contained in a conversation about Mayor Sharon Sayles Belton.;

4. The tapes include several references to the fact that the individual in charge of the

building inspectors for the City of Minneapolis is a lesbian.;

5. The tapes include extensive use of profanity by both Mr. Sabri and the Government witnesses;

6. In a 6-17-99, taped conversation on page 54 of the transcript, Mr. Sabri makes the statement "The Jews, they do everything".

In support thereof, the following is alleged:

1. This matter is set for Trial on November 29, 2004.

2. That Defendant believes and hence alleges that at the Trial of this matter the Government may attempt to play audio and video tapes that contain the irrelevant and prejudicial statements referenced above. Defendant moves this Court in limine for an Order preventing the Government from presenting the above referenced statements as evidence at trial.

3. This evidence is inadmissible for the following reasons:

   a. The evidence is not relevant pursuant to Federal Rule of Evidence 401.

   b. The probative value of this evidence is out weighed by its prejudicial effect, and this evidence will confuse the issues and mislead the jury pursuant to Federal Rule of Evidence 403.

4. An ordinary objection made during the course of Trial, even if sustained with a proper cautionary instruction to the jury, would not remove the effect of such evidence.

5. This Motion in limine is based upon the files and records herein, and upon said other and further points and authorities as may be presented to the Court.

WHEREFORE, that Defendant prays that this Honorable Court grant his Motion in limine.

Respectfully submitted,

BIRRELL & NEWMARK, LTD.

Dated: November 18, 2004

By: s/ Andrew S. Birrell

Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000