UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | **DEFENDANT'S MOTIONS TO COMPEL DISCLOSURE AND/OR REQUEST FOR IN CAMERA REVIEW OF LABOR DEPARTMENT FILE AND INFORMANT FILES** |
| VS. | |
| BASIM OMAR SABRI, DEFENDANT. | |

------------------------------

Defendant, through his undersigned counsel, moves this Honorable Court for an Order directing the Government to make immediate disclosure of the United States Department of Labor file relating to Selwin Ortega, and the Government's Informant Files for Selwin Ortega and Brian Herron. In the alternative, Defendant requests that this Court conduct an in camera review of the Labor Department file and Informant files.

Defendant has been unsuccessful in his independent attempts to obtain the Mr. Ortega's Labor Department file, and was recently informed that the file would not be released because the investigation is ongoing. Defendant has previously made a motion for the disclosure of all informant files, however this motion relates specifically to the informant files of Brian Herron and Selwin Ortega. The information contained in these files bears directly on the question of the credibility of these individuals, and the question of entrapment, and thus is absolutely essential to the defense of this case.

These motions are based upon all files and records in the case, Fed. R. Crim. P. 16, United States v. Giglio, 92 S.Ct. 763 (1972), Brady v. Maryland, 373 U.S. 83 (1963), Napue v. Illinois, 79 S.Ct. 1173 (1959), and upon other and further points and authorities as may subsequently presented to this court.

Respectfully submitted,

BIRRELL & NEWMARK, LTD.

Dated: November 18, 2004

By: s/ Andrew S. Birrell

Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000