# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Basim Omar Sabri,
,
,
Defendants.

**COURT MINUTES**
BEFORE: Richard Kyle
U.S. Judge

| | |
|---|---|
| Case No: | Cr. 01-246 1 |
| Date: | November 22, 2004 |
| Court Reporter: | Robert Riley |
| Tape Number: | |
| Time Commenced: | 8:30 |
| Time Concluded: | 10:15 |
| Time in Court: | 1 Hours & 45 Minutes |

APPEARANCES:

Plaintiff: Michael Ward, Nicole Engisch, Assistant U.S. Attorney
Defendant(s): Andrew Birrell, Travis Snyder for Basim Omar Sabri 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained

Pre Trial Conference

s/Deborah Siebrecht
Signature of Calendar Clerk