# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL Jury TRIAL

UNITED STATES OF AMERICA,
Plaintiff,
v.

Basim Omar Sabri,
,
,
,
Defendant(s).

**COURT MINUTES**
Case Number: Cr. 01-246 1

Date: November 29, 2004
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 9:00
Time Concluded: 4:30
Time in Court: 6 Hours & 30 Minutes

Trial before Richard Kyle, United States Judge, at, Minnesota.

APPEARANCES:

Plaintiff: Michael Ward, Nicole Engisch, Assistant U.S. Attorney
Defendant(s): Andrew Birrell for Basim Omar Sabri 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained
for 9 FPD 9 CJA 9 Retained

Interpreter / Language: /

PROCEEDINGS:

: **Jury Selection.**
: **Jury Trial - Began.**
9 **Jury Trial - Ended**
: Jury impaneled (File list of jurors).
: Opening statements.
: **Jury Trial Held.**
9 Trial continued to .
: Plaintiff's witnesses: Dean Dovolis, James Erickson
9 Defendant's witnesses:

s/Deborah Siebrecht
Signature of Calendar Clerk