# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL Jury TRIAL

UNITED STATES OF AMERICA,
Plaintiff,
v.

Basim Omar Sabri,
,
,
,
Defendant(s).

**COURT MINUTES**
Case Number: Cr. 01-246 1

Date: December 3, 2004
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 9:00
Time Concluded: 2:25
Time in Court: 5 Hours

Trial before Richard Kyle, United States Judge, at, Minnesota.

APPEARANCES:

Plaintiff: Michael Ward, Nicole Engisch, Assistant U.S. Attorney
Defendant(s): Andrew Birrell for Basim Omar Sabri 9 FPD 9 CJA 9 Retained

PROCEEDINGS:

**Jury Trial Held.**
.
: Plaintiff's witnesses: Government rests
: Defendant's witnesses: Faruk Abuzzahab, Robert Speeter, Manouchehr Dousti, Basim Sabri

s/Deborah Siebrecht
Signature of Calendar Clerk