# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL Jury TRIAL

UNITED STATES OF AMERICA,
Plaintiff,
v.

Basim Omar Sabri,
,
,
,
Defendant(s).

**COURT MINUTES**
Case Number: Cr. 01-246 1

Date: December 7, 2004
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 9:00
Time Concluded: 3:10
Time in Court: 5 Hours

Trial before Richard Kyle, United States Judge, at, Minnesota.

APPEARANCES:

Plaintiff: Michael Ward, Nicole Engisch, Assistant U.S. Attorney
Defendant(s): Andrew Birrell for Basim Omar Sabri 9 FPD 9 CJA 9 Retained

PROCEEDINGS:

**Jury Trial Held.**

Jury Question 1

Jury resumes deliberations 9:00 AM - 3:30 PM.
Jury returns their verdict of guilty to all counts. Jurors were polled and all concurred. Defendant continued on bond. PSI ordered.

Defendant to surrender his passport to US Pre trial on December 8, 2004.

s/Deborah Siebrecht
Signature of Calendar Clerk