ORIGINAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Crim. No. 01-246 (RHK/JSM)
**Verdict Form**

v.

Basim Omar Sabri,

Defendant.

1. We, the jury, find the defendant Basim Omar Sabri GUILTY
guilty/not guilty

of the crime charged under Count 1 of the Superseding Indictment.

2. We, the jury, find the defendant Basim Omar Sabri GUILTY
guilty/not guilty

of the crime charged under Count 2 of the Superseding Indictment.

3. We, the jury, find the defendant Basim Omar Sabri GUILTY
guilty/not guilty

of the crime charged under Count 3 of the Superseding Indictment.

Dated: 12-7-04

Karen E. Menzel
Foreperson

SCANNED
DEC 09 2004
U.S. DISTRICT COURT ST. PAUL

FILED 12-7-04
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS da