United States District Court
District of Minnesota

United States of America,

Plaintiff,

vs.

Cr 01-246 RHK/JSM

Basim Omar Sabri

Defendant(s).

# JURY QUESTION # 1

Attachments (check if applicable):

✓ Response from the Court

____ Other

Filed: 12/7/04

Deputy Clerk____

SCANNED
DEC 09 2004
U.S. DISTRICT COURT ST. PAUL

Judge Kyle,

Is everything shown to witnesses considered evidence and entered and received as such? Specifically, we are unable to locate the estimate for work done on Elmer Childress' roof, and the FBI report by Sean Boylan, shown to Boylan during his testimony, outlining details of FBI mtg. with Brian Herron at the Candlewood Suites Hotel.

Karen E. Nemzek
Jury Foreperson

TO THE JURY:

Neither the estimate for work nor the FBI report by Sean Boylan referenced in your Question was received in evidence. You may, however, consider testimony relating to those two documents, and to other documents referenced by witnesses, but not received in evidence.

RICHARD H. KYLE
United States District Judge

USA v. Basim Omar Sabri
CR-01-246 (1)
December 7, 2004