# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
BASIM OMAR SABRI

**EXHIBIT LIST**

CASE NUMBER: Cr. 01-246(RHK/JMM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Richard H. Kyle | MICHAEL W. WARD, AUSA | Andrew Birrell, Esq. |
| TRIAL DATE(S) February 12, 2002 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 1 | | 12/2 | | ✓ | City of Minneapolis Budget and Financial Statement (FY 2001) |
| 2 | | 12/2 | | ✓ | MCDA Budget and Financial Statement (FY 2001) |
| 3 | | 11/29 | | ✓ | City of Minneapolis Ward Map |
| 4 | | 11/30 | | ✓ | City of Minneapolis website for Brian Herron |
| 5 | | 11/30 | | ✓ | $7,000 Note from Herron to Selwin Ortega |
| 6 | | 12/1 | | ✓ | October 22, 1998 video of Herron and Ortega |
| 6a | | | | | Transcript of October 22, 1998 video of Herron and Ortega |
| 7 | | 12/1 | | ✓ | December 7, 1998 audio recording of Sabri/Ortega |
| 7a | | | | | Transcript of December 7, 1998 audio recording of Sabri/Ortega |
| 8 | | 12/1 | | ✓ | January 22, 1999 video recording of Sabri/Ortega |
| 8a | | | | | Transcript of January 22, 1999 video recording of Sabri/Ortega |
| 9 | | 12/1 | | ✓ | February 17, 1999 audio recording of Sabri/Ortega |
| 9a | | | | | Transcript of February 17, 1999 audio recording of Sabri/Ortega |
| 10 | | 12/1 | | ✓ | April 29, 1999 ~~video~~ audio recording of Sabri/Ortega |
| 10a | | | | | Transcript of April 29, 1999 video recording of Sabri/Ortega |
| 11 | | 12/1 | | ✓ | June 2, 1999 video recording of Sabri/Ortega |

SCANNED
DEC 09 2004
U.S. DISTRICT COURT ST. PAUL

# EXHIBIT LIST - CONTINUATION

| vs. | | CASE NO. |
|---|---|---|
| United States of America | BASIM OMAR SABRI | 01-246(RHK/JMM) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 11a | | 12/2 | | | Transcript of June 2, 1999 video recording of Sabri/Ortega |
| 12 | | 12/1 | | ✓ | June 17, 1999 audio recording of Sabri/Ortega |
| 12a | | 12/2 | | | Transcript of June 17, 1999 audio recording of Sabri/Ortega |
| 13 | | 12/1 | | ✓ | July 21, 1999 video recording of Sabri/Ortega |
| 13a | | 12/2 | | | Transcript of July 21, 1999 video recording of Sabri/Ortega |
| 14 | | 12/1 | | ✓ | December 5, 2000 audio recording of Sabri/Ortega |
| 14a | | | | | Transcript of December 5, 2000 audio recording of Sabri/Ortega |
| 15 | | 12/1 | | ✓ | February 21, 2001 audio recording of Sabri/Ortega |
| 15a | | 12/2 | | | Transcript of February 21, 2001 audio recording of Sabri/Ortega |
| 16 | | 12/1 | | ✓ | February 24, 2001 audio recording of Sabri/Ortega |
| 16a | | 12/2 | | | Transcript of February 24, 2001 audio recording of Sabri/Ortega |
| 17 | | ← | 11/30 | ✓ | June 7, 2001 audio recording of Herron/~~Sabri~~ Ortega |
| 17a | | | | | Transcript of June 7, 2001 audio recording of Herron/Sabri |
| 18 | | ← | 11/30 | ✓ | June 25, 2001 audio recording of Herron/Ortega |
| 18a | | ← | 11/30 | | Transcript of June 25, 2001 audio recording of Herron/Ortega |
| 19 | | ← | 11/30 | ✓ | June 27, 2001 video recording of Herron/Ortega |

# EXHIBIT LIST - CONTINUATION

| United States of America | vs. BASIM OMAR SABRI | CASE NO. 01-246(RHK/JMM) |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 19a | | | | | Transcript of June 27, 2001 video recording of Herron/Ortega |
| 20 | | ← | 11/30 | ✓ | June 30, 2001 audio recording of Sabri/Herron |
| 20a | | ← | 11/30 | | Transcript of June 30, 2001 audio recording of Sabri/Herron |
| 21 | | | [illegible] | | ~~July 2, 2001 audio recording of Sabri/Herron~~ |
| 21a | | | | | ~~Transcript of July 2, 2001 audio recording of Sabri/Herron~~ |
| 22 | | ← | 11/30 | ✓ | July 2, 2001 video recording of Sabri/Herron |
| 22a | | ← | 11/30 | | Transcript of July 2, 2001 video recording of Sabri/Herron |
| 23 | | ← | 11/30 | ✓ | July 5, 2001 video recording of Sabri/Herron |
| 23a | | ← | 11/30 | | Transcript of July 5, 2001 video recording of Sabri/Herron |
| 24 | | ← | 11/30 | ✓ | July 6, 2001 audio recording of Sabri/Herron |
| 24a | | ← | 11/30 | | Transcript of July 6, 2001 audio recording of Sabri/Herron |
| 25 | | | | | July 9, 2001 audio recording of Sabri/Herron |
| 25a | | | | | Transcript of July 9, 2001 audio recording of Sabri/Herron |
| 26 | | ← | 11/30 | ✓ | July 10, 2001 video recording of Sabri/Herron |
| 26a | | ← | 11/30 | | Transcript of July 10, 2001 video recording of Sabri/Herron |
| 27 | | ← | 12/2 | ✓ | Compilation of Excerpts of Sabri & $4,000 loan |
| 27a | | | | | Transcript of Compilation of Excerpts of Sabri & $4,000 loan |
| 28 | | 12/2 | | ✓ | Compilation of Excerpts of Sabri & Campaign Finance |

# EXHIBIT LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| United States of America | BASIM OMAR SABRI | 01-246(RHK/JMM) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 28a | | | | | Transcript of Compilation of Excerpts of Sabri & Campaign Finance |
| 29 | | 12/2 | | ✓ | Compilation of Excerpts of Sabri & City Inspectors |
| 29a | | | | | Transcript of Compilation of Excerpts of Sabri & City Inspectors |
| 30 | | 12/2 | | ✓ | Compilation of Excerpts of Sabri & City Council |
| 30a | | | | | Transcript of Compilation of Excerpts of Sabri & City Council |
| 31 | | 11/29 | | ✓ | Aerial photograph of 2nd Avenue and Lake Street |
| 32 | | 11/29 | | ✓ | Aerial photograph of Taco Bell and "Roundup" |
| 33 | | 11/30 | | ✓ | Street level photographs of proposed hotel site |
| 34 | | 11/30 | | ✓ | Empowerment Zone funding proposal for "America Inn/Karmel Mall" |
| 35 | | 11/29 | | ✓ | April 12, 2001 correspondence from Dovolis to Sabri ("Version 2") |
| 36 | | 11/29 | | ✓ | May 1, 2001 correspondence from Dovolis to Grant's Dept. Minneapolis ("Version 2") |
| 37 | | | | | May 2, 2001 correspondence from Dovolis to Sabri (w/attachment) |
| 38 | | 11/30 | | ✓ | May 13, 2001 letter from Sabri to John Harrington (MCDA) ("Version 1") |
| 39 | | 11/30 | | ✓ | May 14, 2001 letter from Sabri to Kim Havey (w/attachment) |
| 40 | | 11/30 | | ✓ | May 14, 2001 letter from Sabri to Brian Herron (w/attachment) |
| 41 | | 11/30 | | ✓ | May 16, 2001 letter from Harrington (MCDA) to Sabri |

# EXHIBIT LIST - CONTINUATION

| vs. | | CASE NO. |
|---|---|---|
| United States of America | BASIM OMAR SABRI | 01-246(RHK/JMM) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 42 | | | | | May 30, 2001 correspondence from Dovolis to Sabri ("Version 2") |
| 43 | | 11/29 | | ✓ | July 11, 2001 correspondence from Dovolis to Sabri (w/attachment) ("Version 3") |
| 44 | | 11/29 | | ✓ | July 12, 2001 correspondence from Dovolis to Sabri (w/attachment) |
| 45 | | 11/29 | | ✓ | Schematic drawings of "Version 3" of hotel project |
| 46 | | 11/30 | | ✓ | Copy of check for $3,000 from Rochelle Barrett to Herron |
| 47 | | 11/30 | | ✓ | Copy of $2,000 in cash given by Sabri to Herron |
| 48 | | 11/30 | | ✓ | July 5, 2001 e-mail from Sabri to Lisa Herron |
| 49 | | 12/1 | | ✓ | July 16, 2001 letter from Sabri to Herron |
| 50 | | | | | |
| 51 | | | | | |
| 52 | | 11/30 | | ✓ | July 10, 2001 Phone Call Sabri/Herron |
| 53 | | | | | |
| 54 | | 12/1 | | ✓ | Automobile Lease |
| 55 | | 12/1 | | ✓ | Garage Estimate |
| 56 | | 11/30 | | ✓ | "December 30, 2000" letter to Sabri from Terrell Towers |
| 56a 57 | | 11/30 | | | Transcript |
| 58 | | | | | |
| 59 | | | | | |
| 60 | | | | | |
| 61 | | | | | |
| 62 | | | | | |
| 63 | | | | | |