**United States v. Basim Omar Sabri**
**Crim. No. 01-246**
**Defendant's Exhibit List**

| | Date | Received | Description |
|---|---|---|---|
| 25 | 11/30 | ✓ | Letter from MCDA to Fruhn/Sabri |
| 31A | 11/30 | ✓ | Architech Sketch |
| 2 | 12/1 | ✓ | Herron Interoffice Memo |
| 4 | 12/1 | ✓ | Zigler Memo |
| 10 | 12/1 | ✓ | Sentencing Transcript |
| 12 | 12/1 | ✓ | FBI Complaint 11/4/97 |
| 73 | 12/1 | ✓ | Herron Plea |
| 7 | 12/2 | ✓ | FBI Document – Ortega |
| 20 | 12/2 | ✓ | Letter to Ortega from inspectors |
| 62 | 12/2 | ✓ | Audio Tape Ortega/Sabri 4/17/01 |
| 27 | 12/3 | ✓ | Receipts |
| 33A | 12/3 | ✓ | Dr. Abuzzahab CV |
| 33B | 12/3 | ✓ | Dr. Abuzzahab Notes re: Sabri |
| 74 | 12/3 | ✓ | Letter from Fruhn |
| 75 | 12/3 | ✓ | Letter to Fruhn |
| 13 | 12/6 | ✓ | Police card/form |
| 14 | 12/6 | ✓ | Statement to Police |
| 15 | 12/6 | ✓ | Statement to Police |
| 16 | 12/6 | ✓ | Sabri letter to Police |
| 26 | | ✓ | 11/9/99 Letter |
| | | | |
| | | | |
| | | | |
| | | | |

[signatures]

SCANNED
DEC 09 2004
U.S. DISTRICT COURT ST. PAUL