UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

**DEFENDANT SABRI'S MOTION FOR ARREST OF JUDGMENT**

Defendant, by and through the undersigned counsel, moves this Honorable Court for an Order arresting judgment in this case.

This motion is made pursuant to Rule 34 of the Federal Rules of Criminal Procedure, the United States Constitution, the United States Code, all files and records in the case, the accompanying Memorandum of Law, the interests of justice, and upon other and further points and authorities as may subsequently presented to this Court.

Respectfully submitted,

BIRRELL & NEWMARK, LTD.

Dated: December 9, 2004

By: s/ Andrew S. Birrell

Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000