UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR ARREST OF JUDGMENT**

## INTRODUCTION

Defendant respectfully submits this Memorandum of Law in support of his motion for arrest of judgment.

## ARGUMENT

Rule 34 of the Federal Rules of Criminal Procedure provides a trial Court "must arrest judgment if:

> **(1)** the indictment or information does not charge an offense; or
> **(2)** the court does not have jurisdiction of the charged offense.

Fed. R. Crim. P. 34. The Court may only arrest a judgment on the basis of an error appearing on the "face of the record" including "no more than the indictment, the plea, the verdict … and the sentence." United States v. Sisson, 399 U.S. 267, 281 (1970) (citations omitted).

On October 29, 2004, Defendant renewed his Motion to Dismiss the Superseding Indictment for Outrageous Government Conduct, and made a Motion to Dismiss the Superseding Indictment Because 18 U.S.C. 666 is Unconstitutional as Applied. These Motions to Dismiss and supporting memorandum are incorporated by reference herein.

WHEREFORE, that Defendant prays that this Honorable Court grant his Motion to arrest judgment and vacate the conviction.

Respectfully submitted,

BIRRELL & NEWMARK, LTD.

Dated: December 9, 2004

By: s/ Andrew S. Birrell

Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000