UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

**CERTIFICATE OF SERVICE**

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

I hereby certify that on December 9, 2004, I caused the following documents:

1. Defendant Sabri's Motion for Arrest of Judgment; and
2. Memorandum of Law in Support of Defendant's Motion for Arrest of Judgment.

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael W. Ward
Nicole A. Engisch
Assistant U.S. Attorney
600 U.S. Courthouse
30 South Fourth Street
Minneapolis, MN 55415

BIRRELL & NEWMARK, LTD.

Dated: December 9, 2004

By: s/ Andrew S. Birrell
Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000