UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

**CERTIFICATE OF SERVICE**

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

I hereby certify that on December 10, 2004, I caused the following documents:

1. Defendant Sabri's Motion for a Judgment of Acquittal; and
2. Memorandum of Law in Support of Defendant's Motion for a Judgment of Acquittal.

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael W. Ward
Nicole A. Engisch
Assistant U.S. Attorney
600 U.S. Courthouse
30 South Fourth Street
Minneapolis, MN 55415

BIRRELL & NEWMARK, LTD.

Dated: December 10, 2004

By: s/ Andrew S. Birrell
Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000