**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Crim. No. 01-246 (RHK/JSM)
**ORDER**

v.

Basim Omar Sabri,

Defendant.

---

Michael W. Ward and Nicole A. Engisch, Assistant United States Attorneys, Minneapolis, Minnesota, for Plaintiff.

Andrew S. Birrell, Birrell & Newmark, Ltd., Minneapolis, Minnesota, for Defendant.

---

Before the Court are several motions in limine. For the reasons set forth on the record and/or by prior Order:

1. Defendant's Renewed Motion for Participation in Voir Dire (Doc. No. 65) is **DENIED**;

2. Defendant's Renewed Motions to Compel Disclosure of Informants, Informant Files, and Disclosure of Witness Protocols (Doc. No. 66) is **DENIED**;

3. Defendant's Motion to Dismiss the Superseding Indictment for Outrageous Government Conduct (Doc. No. 67) is **DENIED**;

3A. United States's Motion in Limine to Exclude Evidence or Argument of Outrageous Government Conduct (Filed Under Seal) is **DENIED**;

4. Defendant Sabri's Motion to Declare the Federal Sentencing Guidelines Unconstitutional (Doc. No. 69) is **DENIED**;

5. Defendant Sabri's Request for a Bifurcated Trial (Doc. No. 71) is **DENIED AS MOOT**;

6. Defendant's Motion to Strike Surplusage From the Superseding Indictment (Doc. No. 72) is **DENIED**;

7. Defendant Sabri's Motion to Dismiss the Superseding Indictment Because 18 U.S.C. § 666 is Unconstitutional As Applied (Doc. No. 74) is **DENIED**;

8. Government's Motion in Limine For Order Excluding Evidence Regarding Government's Alleged Entrapment of Others (Doc. No. 78) is **DENIED**;

9. Defendant Sabri's Motion in Limine Re: Rule 404(b) Evidence (Doc. No. 84) is **DENIED**;

10. Defendant Sabri's Motion in Limine Re: Irrelevant and Prejudicial Evidence (Doc. No. 87) is **GRANTED IN PART**;

11. Defendant's Motions to Compel Disclosure and/or Request For In Camera Review of Labor Department File and Informant Files (Doc. No. 88) is **GRANTED**;

12. United States's Motion in Limine Regarding Admissibility of Prior Bad Act Evidence (Doc. No. 90) is **GRANTED**; and

13. Defendant Sabri's Motion for Arrest of Judgment (Doc. No. 107) is **DENIED**.

Dated: December 10, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge