**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Crim. No. 01-246 (RHK/JSM)
**ORDER**

v.

Basim Omar Sabri,

Defendant.

---

Defendant Sabri's Motion for a Judgment of Acquittal (Doc. No. 110) is **DENIED**.

Dated: December 10, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge