UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 01-246 (RHK/JSM)

------------------------------

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

BASIM OMAR SABRI,

DEFENDANT.

------------------------------

**DEFENDANT SABRI'S MOTION FOR A NEW TRIAL**

Defendant, by and through the undersigned counsel, moves this Honorable Court for a New Trial.

This motion is based upon Rule 33 of the Federal Rules of Criminal Procedure, the United States Constitution, the United States Code, all files and records in the case, the accompanying Memorandum of Law, the interest of justice, and upon other and further points and authorities as may subsequently presented to this Court.

Respectfully submitted,

BIRRELL & NEWMARK, LTD.

Dated: December 14, 2004

By: s/ Andrew S. Birrell
Andrew S. Birrell
Attorney Id. #133760
Attorneys for Defendant
333 South Seventh Street, Suite 2270
Minneapolis, Minnesota 55402
Telephone: (612) 871-7000