# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States

Plaintiff(s)

v.

Basim Sabri

Defendant(s)

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 01-246 (RHK/JSM)

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Defendant, Basim Sabri has retained Robert M. Speeter and Alan D. Margoles to substitute as counsel for Andrew S. Birrell in this case.

Dated: December 27, 2004

By: /s/ Robert M. Speeter
Robert M. Speeter
Substituting Attorney for Basim Sabri
120 South Sixth Street, Suite 1515
Minneapolis, MN 55402
Telephone: (612) 339-7566
Attorney Reg. No. 161743

Dated: December 27, 2004

By: /s/ Alan D. Margoles
Alan D. Margoles
Substituting Attorney for Basim Sabri
790 Cleveland Ave. S., Suite 223
St. Paul, MN 55116
Telephone: (651) 690-1729
Attorney Reg. No. 67490

Dated: December 28, 2004

By: /s/ Andrew S. Birrell
Andrew S. Birrell
Withdrawing Attorney
333 South Seventh Street, Suite 2270
Minneapolis, MN 55402
Telephone: (612) 871-7000