UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

Criminal 01-246 (1) (RHK/JSM)

vs.

**ORDER**

Basim Omar Sabri,

Defendant.

---

Defendant requests an extension of time to file objections in regards to the pre-sentence investigation and position pleadings to the Court prior to sentencing. The Court finds that Defendant has shown good cause for an extension to file objections and position pleadings and will allow the government and Defendant an extension.

Based upon Defendant's request, and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's request for an extension of time for filing objections (Doc. No. 121) is **GRANTED**; and

2. Objections to the pre-sentence investigation are due February 22, 2005, and position pleadings are due March 1, 2005.

Dated: January 25, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge