UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-246 RHK/JSM

---

United States of America,

Plaintiff,

vs. **ORDER**

Basim Omar Sabri,

Defendant.

---

Michael W. Ward, Assistant United States Attorney, 300 South Forth Street, Suite 600, Minneapolis, MN 55415, for plaintiff,

Robert M. Speeter, Attorney at Law, 120 South Sixth Street, Suite 406, Minneapolis, MN 55415; and Alan D. Margoles, 790 Cleveland Ave. South, St. Paul, MN 55116, for defendant

Defendant requests and additional extension of time to file objections in regard to the Presentence investigation and position pleadings to the Court prior to sentencing because they are still awaiting completion of the trial transcript. The Court finds that defendant has shown good cause for an additional extension to file objections and position pleadings and will allow the government and defendant an extension.

Based upon defendant's request, and upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. The defendant's request of an additional extension of time for filing objections is GRANTED.

SCANNED
FEB 2 5 2005
DISTRICT COURT ST. PAUL

2. Objections to the Presentence investigation are due Mar 17, 2005, and position pleadings are due Mar 24, 2005.

Dated: February 24, 2005

Richard H. Kyle
United States District Judge