UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-246 RHK/JSM

---

United States of America,

Plaintiff,

vs.

Basim Omar Sabri,

Defendant.

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL**

---

The defendant, Basim Omar Sabri, through his undersigned attorney, moves the Court for an Order temporarily returning his passport by Pretrial Services and allowing him to travel to Jordan for approximately 10 days to attend his mother's funeral.

Defendant Basim Omar Sabri's mother passed away on the early morning hours of March 16, 2005. She resided in Jordan. The brothers and sisters of Mr. Sabri that reside in Minnesota will also be traveling. Mr. Sabri's wife and daughter will remain in Minnesota.

The undersigned spoke with Assistant United States Attorney Mike Ward who indicated he does not object to this travel request of Mr. Sabri. I also spoke with Pretrial Services Officer Cindy Gigler about this matter. She also indicated that she did not have any problem with Mr. Sabri traveling to Jordan for his mother's funeral.

For the forgoing reasons, the defendant, Basim Omar Sabri respectfully moves the Court for and Order modifying his conditions of release temporarily returning his passport to him and allowing him to travel to Jordan to attend his mother's funeral.

SPEETER & JOHNSON

Dated: March 16, 2005

By: /s/ Robert M. Speeter__________

Robert M. Speeter
Attorney for Defendant
One Financial Plaza, Suite 1515
Minneapolis, MN 55402
Telephone: (612) 339-7566
Attorney Reg. No. 161743