UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-246 RHK/JSM

---

United States of America,

Plaintiff,

vs.

**ORDER**

Basim Omar Sabri,

Defendant.

---

Upon motion of the defendant, Basim Omar Sabri, and being duly advised in the premises, the court hereby grants defendant's request to travel as follows:

1. The defendant's passport may be temporarily returned to him by Pretrial Services for the purposes of attending mother's funeral.
2. The defendant may travel to Jordan for up to ten days to attend his mother's funeral. He shall communicate flight information to his Pretrial Services Officer, Cindy Gigler as soon as it becomes known.

Dated: March 16, 2005

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Court Judge