UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-246(RHK/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BASIM OMAR SABRI,<br>Defendant. | ) | **ORDER** |

The government has moved for an extension of the date for filing position pleadings in the above-referenced case on the grounds that the parties have reached a tentative agreement with respect to sentencing. Based on the foregoing, and for good cause shown, the motion is granted. The new deadline for the parties to file position pleadings is April 7, 2005.

Dated: March 25,2005

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Court Judge