**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. 01-246 RHK

BASIM OMAR SABRI,

Defendant.

**NOTICE OF SENTENCING**

A SENTENCING is scheduled for May 3, 2005, at 11:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

April 4, 2005

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel