UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-246 RHK/JSM

---

United States of America,

Plaintiff,

vs.

**DEFENDANT'S CERTIFICATE OF SERVICE**

Basim Omar Sabri,

Defendant.

---

I hereby certify that on March 16, 2005, I electronically filed the following document:

Defendant's Position Pleading.

with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael W. Ward, Esq., Assistant United States Attorney.
Nicole A Engisch, Assistant United States Attorney.

I further certify that I mailed these documents and the notice of electronic filing by first-class mail to the following non CM/ECF participant.

Alan D. Margoles, Esq.,
790 Cleveland Ave. S.
St. Paul, MN 55116

SPEETER & JOHNSON

Dated: April 7, 2005

By: /s/ Robert M. Speeter__________
Robert M. Speeter
Attorney for Defendant
One Financial Plaza, Suite 1515
Minneapolis, MN 55402
Telephone: (612) 339-7566
Attorney Reg. No. 161743