**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

vs. CR 01-246 RHK

Basim Omar Sabri

Defendant.

**NOTICE: Rescheduling Sentencing**

Sentencing is re-scheduled to Thursday, May 12, 2005, at 8:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

April 14, 2005

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel