UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-246 RHK/JSM

---

United States of America,

Plaintiff,

vs.

Basim Omar Sabri,

Defendant.

**DEFENDANT'S MOTION FOR EXTENSION OF VOLUNTARY SURRENDER DATE**

---

The defendant, Basim Omar Sabri, through his undersigned attorney, moves the Court for an Order extending his report date to Federal Prison Camp in Leavenworth, Kansas by three weeks for medical reasons.

Defendant Basim Omar Sabri has recently undergone further medical procedures on his leg occasioned by the discovery of atypical cells involving the tissue on his right leg. Attached is a copy of the report from his doctor, Patrick S. Carney, M.D. Dr. Carney recommends that Mr. Sabri remain under his care for 21 days. At a minimum, Mr. Sabri will be having his sutures removed on July 5, 2004. Dr. Carney has indicated that the sutures were closed under tension and are on an area of the leg that is prone to wound separation. Accordingly he has recommended at least one additional week of observation after the removal of the sutures.

Additionally, biopsy results will take about one week. If the results indicate a concern, a full work-up for lymphoma/melanoma will be necessary. That would take an additional two weeks. Allowing an extra week for scheduling and other unforeseen delays, Mr. Sabri requests a three-week extension of his reporting date.

This procedure was originally scheduled in early June with a different doctor. That doctor's office cancelled that appointment due to scheduling issues. Mr. Sabri switched to Dr. Carney, who was able to accommodate Mr. Sabri as quickly as the original doctor was proposing.

Attached to this Motion is a handwritten note from Alexander A. Axelrod, M.D., a physician. Dr. Axelrod is the physician referenced in the attached letter from Dr. Carney. Dr. Axelrod indicates that Mr. Sabri "…needs to be monitored for 21 days in order to ensure proper management."

Mr. Sabri had previously requested relief with respect to his fine. That issue has been resolved with the United States Attorney's office. Mr. Sabri has already paid $25,000 toward his fine and will pay the balance in equal installments over 5 months.

The undersigned spoke with Pretrial Services Officer Cindy Gigler about this matter. Ms. Gigler indicated that she did not have any objection with this request by Mr. Sabri for a delay in his voluntary surrender date.

For the forgoing reasons, the defendant, Basim Omar Sabri, respectfully moves the Court for an Order modifying his voluntary surrender date to the Bureau of Prisons to July 21, 2005.

SPEETER & JOHNSON

Dated: June 24, 2005

By: /s/ Robert M. Speeter__________

Robert M. Speeter
Attorney for Defendant
One Financial Plaza, Suite 1515
Minneapolis, MN 55402
Telephone: (612) 339-7566
Attorney Reg. No. 161743

ADVANCEMENTS in dermatology

Patrick S. Carney, MD

To the Honorable Judge Richard Kyle,

Mr. Bosun O Sabi was seen in my office on 6-14-05 in consultation for a suspicious lesion which was previously biopsied by Dr. RAJNEESH MADHOK. The specimen taken from his left lower calf was interpreted by Dr. Valda Kaye at Twin Cities Dermatopathology. The pathology report and recommendation is enclosed for your files.

On June 21, 2005, the biopsy site was excised and sent to the same pathologist. The second report is also enclosed for your files.

Dr. Kaye has suggested that Dr. Axelrod perform a physical exam, including blood work, a chest x-ray, and lymph node evaluation to rule out metastatic disease. I have also recommended suture removal in fourteen days, although I would like to

Edina Centennial Lakes Medical Center 7373 France Avenue South Suite 408 Edina MN 55435 . 952.831.8228 . 952.831.0822 fax
Minneapolis Oakdale Medical Center 3366 Oakdale Avenue North Suite 308 Robbinsdale MN 55422 . 763.588.0766 . 763.588.8676 fax
Burnsville Oak Ridge Professional Building 625 East Nicollet Boulevard Suite 203 Burnsville MN 55337 . 952.435.2525 . 952.435.7575 fax
advancementsinderm.com

ADVANCEMENTS
in dermatology

Patrick S. Carney, MD

cosmetic surgery
eye lift
face lift
tumescent liposuction
micro liposculpture
laser skin resurfacing
IPL photorejuvenation
dermatologic procedures
hair removal
chemical peel
collagen injections
leg vein injections
UltraSoft facial implants
mole removal

see Mr. Sobri in follow-up seven days later for a wound check. Lower extremity wounds have a tendency to separate, or dehisce, especially when they are closed under significant tension, as this wound was.

I believe 21 days after the initial surgery would be an appropriate amount of time before releasing him from my care.

Thank you for your consideration

Respectfully

Patrick S. Carney MD

Edina Centennial Lakes Medical Center 7373 France Avenue South Suite 408 Edina MN 55435 . 952.831.8228 . 952.831.0822 fax
Minneapolis Oakdale Medical Center 3366 Oakdale Avenue North Suite 308 Robbinsdale MN 55422 . 763.588.0766 . 763.588.8676 fax
Burnsville Oak Ridge Professional Building 625 East Nicollet Boulevard Suite 203 Burnsville MN 55337 . 952.435.2525 . 952.435.7575 fax

advancementsinderm.com

**TWIN CITIES DERMATOPATHOLOGY**
9909 South Shore Drive, Suite 2A
Plymouth, MN 55441
Phone: (763)525-0363 • (800)782-2974
Fax: (763)525-0369

Valda-Kaye, M.D., Director
Mark S. Wilke, M.D.
K. Mireille Chae, M.D.
Desiree Langel, M.D

| | | | |
|---|---|---|---|
| Patient: | **SABRI, BASIM** | Accession: | **TCS-05-12183** |
| D.O.B.: | 9/20/1959 Age: 45 | Date of Biopsy: | 3/29/2005 |
| Med Rec: | 10167337EP | Date of Accession: | 3/30/2005 |
| Phone: | 952-470-4045 | | |

Physician: RAJNEESH MADHOK, MD
FLAGSHIP CORP. BLDG.
775 PRAIRIE CENTER DRIVE
EDEN PRAIRIE, 55436

CC:

# DERMATOPATHOLOGY REPORT

HX & DDX:
?DF.

GROSS:
A) Received is tissue measuring 9 mm x 8 mm.

MICROSCOPIC:
A) The specimen consists of a biopsy with epidermis and dermis. There is hyper and parakeratosis with superficial serous crusting. Acanthosis is associated with a mononuclear infiltrate, which fills the dermis and extends from the epidermis into the deep dermis. Focally, occasional cells are seen overlying the epithelium. The infiltrate is composed of cells with irregular folded nuclei and abundant eosinophilic cytoplasm. There is focal prominence of nuclei and mitoses are observed. The cells are reactive with CD68 and are nonreactive with S-100 protein, cytokeratin, and CD45. This suggests a histiocytic infiltrate, which appears atypical. Further evaluation on this patient is recommended.

DIAGNOSIS:
A) CALF, LEFT - ATYPICAL HISTIOCYTIC INFILTRATE – SEE DESCRIPTION

ICD9-CM: A) 686.9

Final Diagnosis performed by
VALDA KAYE M.D.
Electronically signed 4/1/2005 9:38:06PM

CPT: 88305; 88342; 88342; 88342; 88342

TWIN CITIES DERMATOPATHOLOGY
9909 South Shore Drive, Suite 2A
Plymouth, MN 55441
Phone: (763)525-0363 • (800)782-2974
Fax: (763)525-0369

Valda Kaye, M.D., Director
Mark S. Wilke, M.D.
K. Mireille Chae, M.D.

| | | | |
|---|---|---|---|
| Patient: | SABRI, BASIM O | Accession: | **TCS-05-25251** |
| D.O.B.: | 9/20/1959 Age: 45 Gender: M | Date of Biopsy: | 6/21/2005 |
| Med Rec: | 10167337EP | Date of Accession: | 6/22/2005 |
| Phone: | 952-470-4045 | | |

Physician: PATRICK CARNEY, MD
7373 FRANCE AVENUE SOUTH
SUITE 408
EDINA, MN 55435

CC:

## DERMATOPATHOLOGY REPORT

HX & DDX:
Atypical histiocytic infiltrate; TCS-05-12183.

GROSS:
A) Received is an excisional biopsy measuring 45 mm x 13 mm.

BIOPSY/LAB RESULTS
Signature:________ MD ________ PA
Special Instructions:________________
Pt notified: ☐ Phone ☐ Mail
Date notified:________ Initials:________

MICROSCOPIC:
A) The specimen consists of an excision with epidermis, dermis and subcutaneous fat. There is epidermal flattening with dermal fibrosis consistent with the excision site. No residual atypical proliferation is noted.

**DIAGNOSIS:**
A) CALF, LEFT - **DERMAL FIBROSIS AND INFLAMMATION – SEE DESCRIPTION**

ICD9-CM: A) 709.2

Final Diagnosis performed by
VALDA KAYE M.D.
Electronically signed 6/23/2005 11:17:14PM

CPT: 88305

QUELLO CLINIC, LTD.
FAMILY CONVENIENCE CARE

☑ Centennial Lakes Medical Center, 7373 France Ave. So., Edina, MN 55435 • (952)985-8185
☐ Burnsville Medical Center, 14000 Nicollet Ave. So., Burnsville, MN 55337 • (952)985-8285
☐ Prairie Physicians Building, 16570 West 78th St., Eden Prairie, MN 55346 • (952)985-8385
☐ Amsden Ridge Center, 9358 Ensign Ave. So., Bloomington, MN 55438 • (952)985-8585
☐ Family Physicians Building, 17599 Kenwood Trail, Lakeville, MN 55044 • (952)985-8685
☐ Southcross Shoppes, 4102 Egan Dr., Savage, MN 55378 • (952)985-8785

☐ Brian T. Ebeling, M.D.
☐ Robert T. Falk, M.D.
☐ Daniel C. Smith, M.D.
☐ Ronald W. Hewitt, M.D.
☐ John S. Gay, M.D.
☐ Leonard J. Warren, M.D.
☐ J. Richard Sheely, M.D.
☐ Greg C. Randall, M.D.
☐ Steven L. Sobel, M.D.
☐ James R. Eelkema, M.D.
☐ Thomas A. Niebeling, M.D.
☐ Rod J. McCutcheon, M.D.
☐ Steven L. Johnson, D.O.
☐ Daniel B. Peterson, M.D.
☐ David G. Lang, M.D.
☐ Craig R. Hildahl, M.D.
☐ Thomas E. Jones, M.D.
☐ Lucy C. Peterson, M.D.
☐ Heather R. Krueger, M.D.
☐ [illegible] M. Zenker, M.D.
☑ Alexander A. Axelrod, M.D.
☐ Patricia K. Felton, M.D.
☐ Patrick M. Knowles, M.D.
☐ Rita Patel, M.D.
☐ Stephen A. [illegible]dy, M.D.
☐ Jennifer [illegible]uerstar, M.D.
☐ Heidi [illegible]nderson, D.O.
☐ D[illegible] Reeves, M.D.

FOR Basim Sabri DATE 6-24-05

DATE OF BIRTH ______

☐ LABEL UNLESS CHECKED ____ REFILL ____ TIMES ____

Mr. Sabri had a office surgery on 6/21/05 performed by Dr. Carney dermatologist.

I believe Mr. Sabri needs to be monitored for 21 days in order ~~MD~~ to measure proper management

[signature]

QH-32A