**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

vs.

Basim Omar Sabri,

Defendant.

Criminal No. 01-246 (1) (RHK/JSM)

**ORDER**

---

Upon the letter request of the Defendant Basim Omar Sabri, and being advised that the Probation Office and the United States Attorney have no objections, the court hereby grants Defendant's request to travel as follows:

1. Defendant is hereby relieved from the drug aftercare special condition and accordingly said special condition is removed; and
2. Defendant may travel both within and outside the United States on the conditions that he provides flight information to and receives prior approval of his itinerary from his Probation Officer, Richard Hermes.

Dated: September 20, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge